Sherwood J. Reese
Sherwood.reese@comcast.net
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JENNIFER D. WEIR,** <br><br> Plaintiff, <br><br> vs. <br><br> Commissioner of Social Security Administration, <br><br> Defendant. | Civil No. 6:18-cv-00356-MK <br><br> **ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $18,027.50 in attorney fees, out of which Plaintiff's attorney will refund to Plaintiff Equal Access to Justice ("EAJA") fees already received by counsel in the amount of $8064.00, as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). Defendant shall pay this amount to Plaintiff's counsel, Drew L.

Johnson, PC, 1700 Valley River Dr., Eugene, OR 97401, less an administrative assessment pursuant to 42 U.S.C. 406(d). There are no other costs.

IT IS SO ORDERED this day of June 27, 2019

s/ Mustafa T. Kasubhai<br>
MUSTAFA T. KASUBHAI<br>
United States Magistrate Judge

PRESENTED BY:

By: /s/ SHERWOOD J. REESE
     Sherwood J. Reese, OSB #144130
     Of Attorneys for Plaintiff